UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00620-FDW-DSC

| | |
|---|---|
| NICHAS JAREK,  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CAROLYN W. COLVIN,  )<br>Commissioner of Social Security  )<br>Administration,  )<br>    Defendant.  ) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion for Summary Judgment, (Doc. No. 15) and "Memorandum…" (Doc. No. 19); Defendant's Motion for Summary Judgment (Doc. No. 17) and "Memorandum…" (Doc. No. 18) and "Supplemental Memorandum…" (Doc. No. 29); and Plaintiff's Motion to Remand to Consider New and Material Evidence (Doc. No. 25); Defendant's Response in Opposition (Doc. No. 26); Plaintiff's Reply to the Response (Doc. No. 28); and the Memorandum and Recommendation ("M&R") of Magistrate Judge David S. Cayer (Doc. No. 30) that recommends Plaintiff's Motions for Summary Judgment and Remand be denied; that Defendant's Motion for Summary Judgment be granted; and that the Commissioner's decision be affirmed. Plaintiff filed objections to the M&R (Doc. No. 31),[1] and Defendant filed a Response (Doc. No. 32), this matter is now ripe for review.

After review of all matters, the Court OVERRULES Plaintiff's objections, ACCEPTS and ADOPTS the M&R, DENIES Plaintiff's Motion for Summary Judgment, GRANTS Defendant's Motion for Summary Judgment, and AFFIRMS the Commissioner's decision.

IT IS SO ORDERED.

Signed: February 15, 2016

Frank D. Whitney
Chief United States District Judge

---

[1] Plaintiff's objections are listed on the docket as "Appeal of Magistrate Judge Decision" (Doc. No. 31), and Defendant's response is listed on the docket as "Reply to Objection" (Doc. No. 32).